443 A.2d 397

Commonwealth ex rel. Hedmeck v. Hedmeck.

Appeal of: Hedmeck.

609

Submitted January 27, 1982. Alfred P. Antonelli, for appellant; Thomas P. Stitt, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.